# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-3157

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Northern District of Iowa |
| Herlie Demonse Johnson, Jr., also | * | |
| known as Monze, also known as | * | [UNPUBLISHED] |
| Monse, | * | |
| | * | |
| Appellant. | * | |

_____

Submitted:  March 18, 2004

Filed:  March 24, 2004

_____

Before BYE, McMILLIAN, and RILEY, Circuit Judges.

_____

PER CURIAM.

Herlie Johnson appeals from the final judgment entered in the District Court[1] for the Northern District of Iowa upon revocation of his supervised release. The district court sentenced Johnson to 24 months imprisonment with no further

_____

[1]The Honorable Linda R. Reade, United States District Judge for the Northern District of Iowa.

supervised release. For the reasons discussed below, we affirm the judgment of the district court.

In 2002 Johnson pleaded guilty to conspiring to distribute less than 500 grams of powder cocaine in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C), and 846. He was sentenced to 24 months imprisonment and 3 years supervised release. On the government's subsequent motion, Johnson's sentence was reduced to 21 months imprisonment and 30 months supervised release. Johnson commenced supervised release in February 2003. In August 2003, the government petitioned for revocation based on his multiple positive drug tests and multiple failures to report for drug testing, all of which Johnson admitted.

Having carefully reviewed the record, we conclude that the 24-month prison term imposed by the district court upon revocation does not exceed the statutory maximum, is within the range recommended by the Sentencing Guidelines policy statements, and is not an abuse of discretion. See United States v. Grimes, 54 F.3d 489, 492 (8th Cir. 1995) (standard of review).

Accordingly, we affirm, and we grant counsel's motion to withdraw.

_____